UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRESHA COLEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF UNIVERSITY PLACE, PIERCE COUNTY, TACOMA UNIFIED SCHOOL DISTRICT, DAN BESETT, LILLIAN EBERSOLE, CHERRY GOUDEAU, and Unknown University Place Police Officers,<br><br>Defendants. | NO. C09-5444 FDB<br><br>AGREED PROTECTIVE ORDER REGARDING DOCUMENTS PRODUCED DURING DISCOVERY |

THIS MATTER comes before the Court upon the agreement of counsel. The parties agree to stipulate to a protective order in this matter with respect to documents requested in Plaintiff's First Set of Request for Production – No. 1 as follows:

1. Photographs obtained by parties during discovery in this lawsuit of all officers who were employed to work in University Place in March 2007 and April 2007, as requested in Plaintiff's first Request for Production No. 1, shall be kept confidential by the discovering party. The party may, however, disclose the photographs to experts, consultants, and witnesses as necessary in order to prepare for such things as motions, depositions, and trial in this matter. The term "party" encompasses the party, his or her attorney, and employees of

the attorney's firm. .

2. If the documents referenced in paragraph 1 are disclosed to nonparties, the nonparties shall be advised of the confidential nature of the documents and of the need to keep the documents and information contained therein confidential.

3. This order in no way affects the right of a party to use documents subject to this order at trial (including pretrial proceedings) provided that the appropriate evidentiary basis can be established.

4. At the conclusion of this litigation and any and all appeals arising out of this litigation, any and all copies of the documents shall be destroyed.

5. The parties agree that this order is entered without prejudice and that, at any time while this action is pending, any party may move the court for relief from this protective order and/or amendment of the terms of this order for good cause shown.

DATED this 8th day of February, 2010.

By: <u>/S/ Michelle Luna Green</u>  /S/ Darryl Parker
MICHELLE LUNA-GREEN / WSB# 27088  DARRYL PARKER/ WSB# 7829
Deputy Prosecuting Attorney  Attorney for Plaintiff
Attorney for Pierce County/  PH: 206-285-1743/ FAX: 206-599-6316
University Place
PH: 253-798-6380 / FAX: 253-798-6713

/

/ /

/ / /

/ / / /

/ / / / /

**ORDER**

The parties, having agreed to the terms of this protective order, and the Court finding the terms of the protective order to be reasonable and necessary for the just resolution of this litigation, now, therefore,

IT IS HEREBY ORDERED that the parties adhere to the terms set forth above as if fully set forth herein.

DONE this 9th day of February, 2010

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE